IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPARKLABS IOT ACCELERATOR FUND, L.P., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-09200-MMC<br><br>**ORDER DISMISSING COMPLAINT WITHOUT FURTHER LEAVE TO AMEND; DIRECTIONS TO CLERK** |

By order filed August 25, 2022, the Court dismissed Carl A. Wescott's complaint for lack of subject matter jurisdiction, with leave to amend no later than September 19, 2022. Plaintiff has not filed an amended complaint.

Accordingly, for the reasons stated in the order filed August 25, 2022, the above-titled action is hereby DISMISSED without further leave to amend.

The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: September 21, 2022

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge